# Order

Michigan Supreme Court
Lansing, Michigan

February 26, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161335(69)

THOMAS J. O'BRIEN, JR.,
    Plaintiff-Appellee,

v

                                    SC: 161335
                                    COA: 347830
                                    Oakland CC Family Division:
                                        2017-265355-FJ

ANN MARIE D'ANNUNZIO,
    Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his supplemental brief is GRANTED.  The supplemental brief submitted on February 19, 2021, is accepted as timely filed.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2021



                        Clerk